

UNITED STATED DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| Eric Rashad Walton | ) | |
|---|---|---|
| Plaintiff(s) | ) | |
| V. | ) | Civil Action No.   2:10cv188 |
| United States Steel Corporation, John P Surma (Terminated 9/3/2010), Marie Flournoy (Terminated 9/3/2010), Jenn L Rager (Terminated 9/3/2010), Ami Lash (Terminated 9/3/2010), Sandy Armstrong (Terminated 9/3/2010), Laura Kocel (Terminated 9/3/2010) | ) ) ) ) ) ) ) | |
| Defendant(s) | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff(s) _____ recover from the defendant(s) _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____%, plus postjudgment interest at the rate of _____%, along with costs.

☐ the plaintiff(s) recover nothing, the action to be dismissed on the merits, and the defendant(s) _____ recover costs from the plaintiff(s) _____ .

☒ other:   summary judgment is entered in favor of Defendant United States Steel Corporation and against Plaintiff Eric Rashad Walton.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge   Andrew P Rodovich                            on a motion for   summary judgment

.

| Date | December 21, 2012 | *CLERK OF COURT* |
|---|---|---|
| | | s/Teresa Castillo |
| | | *Signature of Clerk or Deputy Clerk* |